UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY PAUL HERNANDEZ,<br><br>          Plaintiff,<br><br>    v.<br><br>WEST SACRAMENTO POLICE DEPT., et al.,<br><br>          Defendants. | No. 2:12-cv-3065 AC<br><br><br>ORDER |

On April 16, 2013, the court found that service of plaintiff's first amended complaint was appropriate for certain defendants, and ordered plaintiff to submit service documents within 30 days. ECF No. 12. On April 25, 2013, plaintiff filed a "Petition to Subpoena Arrest Reports." ECF No. 13. On April 29, 2013, plaintiff also filed incomplete service documents. ECF No. 14.

On May 14, 2013, the court denied plaintiff's motion to subpoena arrest reports, and directed plaintiff to file complete service documents within 30 days. ECF No. 15.

Plaintiff has now filed with the court a change of address, which notice also asks whether the court has received plaintiff's last two submissions. A review of the court's docket reflects that plaintiff's copy of the May 14, 2013 order was returned to the court as undeliverable.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk shall update plaintiff's address as reflected in his most recent notice to the

1

court;

2. The Clerk shall re-serve plaintiff with a copy of the court's May 14, 2013 order;

3. The Clerk shall send plaintiff an instruction sheet and four blank USM-285 forms; and

4. Within thirty days, plaintiff shall submit to the court the properly completed USM-285 forms required to effect service on defendants Sacramento Police Department ("SPD"); Officer Herrera, SPD; Officer Duggins, SPD; and Officer Azevedo, SPD, failing which the undersigned will recommend that all claims against these four defendants be dismissed.

DATED: June 28, 2013

_____/s/_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:rb/hern3065.36

2