UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY PAUL HERNANDEZ, | No. 2:12-cv-3065 AC P |
| Plaintiff, | |
| v. | |
| WEST SACRAMENTO POLICE DEPT., et al., | <u>ORDER</u> |
| Defendants. | |

Recent court orders served on plaintiff's addresses of record have been returned by the postal service, indicating that plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change.

As recently as June 26, 2013, however, plaintiff filed a notice of change of address to Lompac U.S. Penitentiary, where the Federal Bureau of Prison's online inmate locator indicates that he is currently incarcerated. Nevertheless, the most recent court order served on June 28, 2013 to plaintiff's address of record at Lompac was also returned by the postal service.

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. The Clerk shall re-serve plaintiff with a copy of the court's May 14, 2013 order;
2. The Clerk shall send plaintiff an instruction sheet and four blank USM-285 forms; and
3. Within thirty days, plaintiff shall submit to the court the properly completed USM-285

1

forms required to effect service on defendants Sacramento Police Department ("SPD"); Officer Herrera, SPD; Officer Duggins, SPD; and Officer Azevedo, SPD, failing which the undersigned will recommend that all claims against these four defendants be dismissed.

DATED: July 18, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:ls//hern3065.33