UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY PAUL HERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>WEST SACRAMENTO POLICE DEPT.,<br>et al.,<br><br>    Defendants. | No.  2:12-cv-3065 AC P<br><br><br><br><u>ORDER</u> |

Recent court orders attempting to re-serve plaintiff with a copy of the court's May 14, 2013 order at his address of record were returned by the postal service.  As recently as July 17, 2013, however, plaintiff filed a motion with this court from his address of record.  Upon further review of plaintiff's recent filing, the Bureau of Prison's online inmate locator, and the docket for this case, it appears that while the May 14, 2013 order was served to plaintiff's correct address of record, his inmate number was incorrectly entered into the docket at some point, causing his mail to be returned.  The mistake does not appear to be plaintiff's fault, as his most recent notice of change of address reflected his accurate register number of 14824-097.  Accordingly, the clerk will be directed to correct plaintiff's inmate number in the docket and to re-serve him with a copy of the court's 5/14/13 order in order to get this case back on track.

////

////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk shall correct plaintiff's BOP inmate register number in his address of record, and in all respects in connection with this action, to the correct register number of 14824-097.
2. The Clerk shall re-serve plaintiff with a copy of the court's May 14, 2013 order;
3. The Clerk shall send plaintiff an instruction sheet and four blank USM-285 forms; and
4. Within thirty days, plaintiff shall submit to the court the properly completed USM-285 forms required to effect service on defendants Sacramento Police Department ("SPD"); Officer Herrera, SPD; Officer Duggins, SPD; and Officer Azevedo, SPD, failing which the undersigned will recommend that all claims against these four defendants be dismissed.

DATED: July 29, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:ls//hern3065.33(2)