UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY PAUL HERNANDEZ, | No. 2:12-cv-3065 AC P |
| Plaintiff, | |
| v. | ORDER |
| W. SACRAMENTO POLICE DEPT., et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. On July 17, 2013 plaintiff filed a "Motion to Subpoena Arrest and Police Reports from both West Sacramento and Sacramento City Police Departments" (ECF No. 20). This motion is duplicative of plaintiff's earlier "Petition to Subpoena Arrest Reports" (ECF No. 13). In said motion and petition, plaintiff seeks copies of police reports from his arrest on January 25, 2011 which is the subject of the instant § 1983 action. Plaintiff's motion is denied as moot since this court has concomitantly entered a discovery and scheduling order which will permit plaintiff to serve a request for production of documents on the parties to this action seeking this same information.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's "Motion to Subpoena Arrest and Police Reports" (ECF No. 20) is denied as moot;

1

2. Plaintiff's "Petition to Subpoena Arrest Reports from West Sacramento and City of Sacramento" (ECF No. 13) is denied as duplicative.

DATED: October 25, 2013

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:ts/hern3065

2