LONGYEAR, O'DEA & LAVRA, LLP
John A. Lavra, CSB No.: 114533
Amanda L. McDermott, CSB No.: 253651
Kelley S. Kern, CSB No: 221265
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

Attorneys for West Sacramento Police Department
Sgt. J. Winger
Officer J. Watson
Officer R. Kinney

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| STACY PAUL HERNANDEZ, | Case No.: 2:12-CV-03065-AC |
| Plaintiff, | **REQUEST AND [PROPOSED] ORDER TO DEPOSE OUT OF STATE PRISONER PLAINTIFF BY REMOTE MEANS** |
| vs. | |
| WEST SACRAMENTO POLICE DEPT., et al., | |
| Defendant | |

Pursuant to FRCP 30(a)(2)(B) and 30(b)(4), Defendants City of West Sacramento, Sgt. J. Winger, Officer J. Watson and Officer R. Kinney hereby request an order from the Court allowing Defendants to depose Plaintiff, STACY PAUL HERNANDEZ, by remote means, including videoconference, telephone, and/or teleconference.

Plaintiff STACY PAUL HERNANDEZ is a pro per Plaintiff in the instant case. Plaintiff HERNANDEZ is currently incarcerated in Forrest City Medium Federal Correctional Institution, in Forrest City, Arkansas. Defendant, City of West Sacramento, is represented by counsel located in Sacramento County, California. Co-Defendants, City of Sacramento, Officer Herrera, Officer Duggins, and Officer Azevedo, are also represented by counsel (Sacramento City Attorney's Office) located in Sacramento, California. The case is venued in the United States District Court, Eastern District of California, Sacramento Division.

The Court's October 28, 2013 Scheduling Order stated, "Pursuant to Federal Rule of Civil Procedure 30(a), defendants may depose plaintiff and any other witness confined in a prison upon condition that, at least fourteen days before such a deposition, defendants serve all parties with the notice required by Fed. R. Civ. P. 30(b)(1)." Defendants noticed Plaintiff's deposition for January 29, 2014 and served notice to all parties on January 3, 2014. Defendants now seek an order from the Court allowing Plaintiff's deposition to be taken by remote means.

In the interest of timely completing discovery and minimizing the costs associated with discovery, and avoiding the need for California parties and counsel to travel to Forrest City, Arkansas, Defendants respectfully request an order as set forth below:

- Defendants may depose Plaintiff STACY PAUL HERNANDEZ by remote means, including videoconference, telephone, teleconference and/or stenography;
- Plaintiff STACY PAUL HERNANDEZ will be located in Forrest City, Arkansas at the time of his deposition, while Defendants, Defendants' counsel and the officer administering the oath, will be located in Sacramento, California.
- The testimony provided by Plaintiff STACY PAUL HERNANDEZ during his deposition shall carry the full weight and effect of testimony provided in person, in the presence of counsel and the officer administering the oath.

Dated: January 8, 2014                                   LONGYEAR, O'DEA & LAVRA, LLP

                                                         By:  */s/ Kelley S. Kern*
                                                              KELLEY S. KERN

## ORDER

It is ordered that Defendants may depose Plaintiff, STACY PAUL HERNANDEZ, by remote means, including videoconference, telephone, and/or teleconference. Plaintiff STACY PAUL HERNANDEZ will be located in Forrest City, Arkansas and all other parties to the deposition will be located in Sacramento, California. The testimony provided by Plaintiff STACY PAUL HERNANDEZ during his deposition shall carry the full weight and effect of testimony provided in person, in the presence of counsel and the officer administering the oath.

**IT IS SO ORDERED.**

Dated: January 8, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE

CASE: *Hernandez v West Sacramento Police Department et al.*
COURT: United States District Court
CASE NO.: 2:12-cv-03065-AC

I am employed in the County of Sacramento. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 3620 American River Dr. Ste. 230, Sacramento, CA 95864.

I am familiar with this office's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a United States mailbox after the close of each day's business.

On January 8, 2014, I served the following:

- **REQUEST AND [PROPOSED] ORDER TO DEPOSE OUT OF STATE PRISONER PLAINTIFF BY REMOTE MEANS**

<u>XX</u>   United States Mail - on all parties in said action by placing a true copy of the above-described document(s) enclosed in a sealed envelope in the designated area for outgoing mail addressed as set forth below.

| | |
|---|---|
| **DAVID S. WOMACK**,<br>Senior Deputy City Attorney<br>CITY OF SACRAMENTO<br>915 I Street, Room 4010<br>Sacramento, CA 95814-2608 | Stacy Paul Hernandez<br>14824-097<br>Forrest City Medium<br>Federal Correctional Institution<br>Inmate Mail/Parcels<br>PO BOX 3000<br>FORREST CITY, AR 72336 |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 8, 2014, at Sacramento, California.

           /s/ LD Wharton
           Employee of Longyear, O'Dea & Lavra, LLP