UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY PAUL HERNANDEZ, | No. 2:12-cv-3065 AC P |
| Plaintiff, | |
| v. | |
| WEST SACRAMENTO POLICE DEPT., et al., | ORDER |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. On September 26, 2014, defendants filed a motion for summary judgment. ECF No. 74. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that, within thirty days after the filing date of this order, plaintiff shall file and serve an opposition to the motion for summary judgment or a statement of non-opposition. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: January 29, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE