1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   STACY PAUL HERNANDEZ,                    No.  2:12-cv-3065 AC P

12              Plaintiff,

13        v.                                  ORDER and

14   WEST SACRAMENTO POLICE DEPT.,            FINDINGS AND RECOMMENDATIONS
     et al.,
15

16              Defendants.

17

18        Plaintiff is a former state prisoner who commenced this action pro se and in forma

19   pauperis pursuant to 42 U.S.C. § 1983.  Pursuant to his First Amended Complaint (FAC), ECF

20   No. 11, plaintiff makes claims against defendants West Sacramento Police Department and

21   Sacramento City Police Department, and law enforcement officers Wringer, Kinney, Watson,

22   Herrera, Duggins and Azevedo.  All defendants answered the FAC.  This action is referred to the

23   undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B), Local Rule

24   302(c), and Local General Order No. 262.

25        On September 26, 2014, defendants Azevedo and City of Sacramento filed a motion for

26   summary judgment.  ECF No. 74.  Plaintiff did not respond.  On January 30, 2015, this court

27   issued an order directing plaintiff to file and serve, within thirty days, an opposition to the motion

28   for summary judgment or a statement of non-opposition thereto.  ECF No. 77.  That order was

                                            1

1    served on plaintiff at his last noticed address of record, the Federal Correctional Complex in

2    Forrest City, Arkansas.  See ECF No. 42 (Notice of Change of Address), and docket entry

3    following ECF No. 77 (court's order served by mail on plaintiff at the Federal Correctional

4    Complex).  On February 18, 2015, the order was returned because "not deliverable."  The Inmate

5    Locator website operated by the Federal Bureau of Prisons[1] indicates that plaintiff was released

6    from federal custody on September 30, 2014.

7        It is plaintiff's responsibility to keep the court appraised of his current address at all times.

8    See Local Rule 182(f) (service of documents at a party's address of record is fully effective).

9    It is reasonable to infer that plaintiff has abandoned this action.  The undersigned will therefore

10   recommend that this action be dismissed.

11       Accordingly, IT IS HEREBY ORDERED that:

12       1.  The Clerk of Court is directly to randomly assign a district judge to this action.

13       Good cause appearing, IT IS HEREBY RECOMMENDED that:

14       1.  This action be dismissed without prejudice for failure to prosecute, pursuant to Federal

15   Rule of Civil Procedure 41(b).

16       These findings and recommendations are submitted to the United States District Judge

17   assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

18   after being served with these findings and recommendations, any party may file written

19   objections with the court and serve a copy on all parties.  Such a document should be captioned

20   "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

21   objections shall be filed and served within fourteen days after service of the objections.  The

22   ////

23   ////

24   ///

25

26   _____

     [1]  See http://www.bop.gov/inmateloc/.  This Court may take judicial notice of facts that are
     capable of accurate determination by sources whose accuracy cannot reasonably be questioned.
27   Fed. R. Evid. 201; see also City of Sausalito v. O'Neill, 386 F.3d 1186, 1224 n.2 (9th Cir. 2004)
     (courts may take judicial notice of governmental agency records that are not subject to reasonable
28   dispute).

                                                    2

1   parties are advised that failure to file objections within the specified time may waive the right to

2   appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

3   DATED; February 26, 2015

4

                                 ALLISON CLAIRE

5                                  UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28